McCOLLOUGH, administratrix, v. CITIZENS & SOUTHERN BANK *et al.*

PER CURIAM. Under the decision in *Sprouse* v. *Skinner,* 155 *Ga.* 119, the trial judge did not err in rendering the judgment to which exception is taken. The present case is distinguished from *Ullman* v. *Brunswick Title &c. Co.,* 96 *Ga.* 625 (24 S. E. 109), because in that case there was a mere pledge of property without any transfer of title.

*Judgment affirmed. All the Justices concur, except Russell, C. J., who dissents, and Gilbert, J., disqualified.*

No. 7325. JULY 16, 1930.

*George & John L. Westmoreland,* for plaintiff in error.
*Tye, Thomson & Tye* and *R. A. Edmondson Jr.,* contra.